BALICKI *v.* NEW YORK CENTRAL RAILROAD CO.

This case is controlled by *Perch* v. *Railroad Co., ante,* 227.

Appeal from Wayne; Lamb (Fred S.), J., presiding. Submitted October 4, 1939. (Docket No. 39, Calendar No. 40,722.) Decided October 7, 1940.

Case by Maryan Balicki against New York Central Railroad Company for damages for personal injuries. Verdict for plaintiff. Judgment for defendant. Plaintiff appeals. Affirmed.

*Zenon S. Pietkiewicz* and *Berger, Manason & Barris,* for plaintiff.

*William A. Alfs (John J. Danhof, Jr.,* of counsel), for defendant.

NORTH, J. This suit arose out of the same accident as *Perch* v. *Railroad Co., ante,* 227. The controlling facts and applicable law are the same in the two cases. In the *Perch Case* on rehearing a majority of the court held that under the record the defendant was entitled as a matter of law to judgment in its favor. Accordingly judgment for defendant by direction of the trial judge in the instant case must be affirmed. Costs to appellee.

BUSHNELL, C. J., and SHARPE, BOYLES, CHANDLER, MCALLISTER, WIEST, and BUTZEL, JJ., concurred.